IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE GAS AND ELECTRIC :
COMPANY, :
      Plaintiff :
      v. : CIVIL NO. AMD 00-2599
       :
UNITED STATES OF AMERICA and :
LOUIS CALDERA, SECRETARY OF :
THE ARMY, :
      Defendants :

...o0o...

ORDER

In accordance with the telephone scheduling conference held on this date, it is this 20th day of September, 2000, ORDERED

(1)    That the Defendants shall lodge with the Court the Administrative Record arising out of these proceedings and file their motion for summary judgment/opposition to motion for preliminary injunction on or before October 23, 2000; and it is further ORDERED

(2)    That the Maryland Public Service Commission shall move or otherwise respond to the defendants' filing on or before November 1, 2000; and it is further ORDERED

(3)    That the plaintiff and intervenor shall file a response to defendants' papers on or before November 15, 2000, with any replies thereto due on or before November 22, 2000; and it is further ORDERED

(4)    That a hearing on all pending motions is calendared for Friday, December 8, 2000, at 10:00 a.m., in Courtroom 5B; and it is further ORDERED



(5)   That the Clerk shall TRANSMIT a copy of this Order to all counsel of record; to Assistant United States Attorney Larry D. Adams, Office of the United States Attorney, Baltimore; and to Susan Miller, Esq., c/o Maryland Public Services Commission, 6 St. Paul Street, Baltimore, MD 21201.

_____
ANDRÉ M. DAVIS
United States District Judge