UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Baltimore Gas and Electric Co. | * |
| | * |
| | * |
| | * Civil Action No. AMD 00-2599 |
| v. | * |
| | * |
| The United States and | * |
| Louis Caldera | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion For Leave To Intervene of the Maryland Office of People's Counsel, and any response thereto, it is this 26 day of Oct 2000,

ORDERED that the Motion To Intervene is GRANTED.

DATED: _____

Judge, United States District Court
for the District of Maryland