UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

BALTIMORE GAS AND ELECTRIC COMPANY

v.     Civil Action No. AMD 00-2599

THE UNITED STATES
AND
LOUIS CALDERA

*********************************************************************

## ORDER

Upon consideration of the Motion to Intervene filed by the Maryland Public Service Commission and any response by the parties, it is this 26th day of Oct 2000, by the United States District Court for the District of Maryland,

ORDERED that the Motion to Intervene is granted. The Maryland Public Service Commission is hereby permitted to intervene by right, or, in the alternative, by permission of the Court, and shall be aligned and considered as a Plaintiff in this matter.

_____
United States District Judge

