IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BALTIMORE GAS AND ELECTRIC COMPANY,

    Plaintiff

v.                           CIVIL ACTION NO. AMD-00-2599

UNITED STATES OF AMERICA and
LOUIS CALDERA, SECRETARY OF
THE ARMY,

    Defendants

**************

## AMENDED ORDER

In accordance with the letter dated October 18, 2000 from counsel for the United States of America and with the agreement of the parties, it is this 26 day of October, 2000 ORDERED:

(1) That the Defendants shall lodge with the Court the Administrative Record arising out of these proceedings and file their motion for summary judgment/opposition to motion for preliminary injunction on or before October 30, 2000; and it is further ORDERED:

(2) That the Maryland Public Service Commission shall move or otherwise respond to the defendants' filing on or before November 8, 2000; and it is further ORDERED:

(3) That the plaintiff and intervenor shall file a response to defendants' papers on or before November 22, 2000, with any replies thereto due on or before November 29, 2000; and it is further ORDERED:

(4) That a hearing on all pending motions is calendared for Friday, December 8, 2000, at 10:00 a.m. in Courtroom 5B; and it is further ORDERED:



(5) That the Clerk shall transmit a copy of this Order to all counsel of record; to Assistant United States Attorney Larry D. Adams, Office of the United States Attorney, Baltimore; and to Susan Miller, Esq., c/o Maryland Public Service Commission, 6 St. Paul Street, Baltimore, Maryland 21201.

                                                                              _____
                                                                               Andre M. Davis
                                                                               United States District Judge