UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BALTIMORE GAS AND ELECTRIC CO., | * | |
| Plaintiff, | | DEPUTY |
| v. | * | |
| THE UNITED STATES, et al., | * | Civil Action No. AMD 00-2599 |
| Defendants, | * | |
| and | * | |
| ENRON FEDERAL SOLUTIONS, INC., | * | |
| Intervenor-Defendant. | * | |

*    *    *    *    *    *    *    *    *    *    *    *

## ORDER

Upon consideration of the Motion to Intervene filed by Enron Federal Solutions,

Inc. and any response by the parties, it is this ___2 7___ day of ___Oct___ 2000, by the

United States District Court for the District of Maryland,

ORDERED that the Motion to Intervene is granted. Enron Federal Solutions, Inc.

is hereby permitted to intervene by right, or, in the alternative, by permission of the Court, and

shall be aligned and considered as a Defendant in this matter.

_____
United States District Judge