UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND
(410) 962-0801
FAX (410) 962-0820

March 12, 2001

MEMORANDUM TO COUNSEL RE:    Baltimore Gas & Electric Co. v. United States
Civil No. AMD 00-2599

My opinion in this case will be available today for pick up (if you wish) from the 4th floor intake counter at noon. Copies will be provided directly to you within the next day or so.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file