IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Baltimore Gas & Electric Co.,<br>    Plaintiff,<br>and<br>Maryland Public Service Commission,<br>and<br>Maryland Office of People's Counsel,<br>    Plaintiff-Intervenors,<br><br>v.<br><br>United States of America, et al.,<br>    Defendants,<br>and<br>Enron Federal Solutions, Inc.,<br>    Defendant-Intervenor. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

Civil No. AMD 00-2599

...oOo...

### ORDER TO SEAL

Upon consideration of the Government's Motion to Seal, it is this 12th day of March, 2001:

ORDERED that the Motion to Seal, BE and HEREBY IS GRANTED; and it further

ORDERED that the Clerk of the Court shall mail a copy of this Order to counsel of record.

_____
Andre M. Davis
United States District Judge

