IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BALTIMORE GAS AND ELECTRIC COMPANY, <br>    Plaintiff <br><br> and <br><br> MARYLAND PUBLIC SERVICE COMMISSION and MARYLAND OFFICE OF PEOPLE'S COUNSEL, <br>    Plaintiff-Intervenors <br><br> v. <br><br> UNITED STATES OF AMERICA and LOUIS CALDERA, SECRETARY OF THE ARMY, <br>    Defendants <br><br> and <br><br> ENRON FEDERAL SOLUTIONS, INC., <br>    Defendant-Intervenor | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL NO. AMD 00-2599 |

...oOo...

ORDER and JUDGMENT

For the reasons stated in the accompanying Memorandum, it is this 12th day of March, 2001, by the United States District Court for the District of Maryland, ORDERED

(1) That defendants' motions for summary judgment are GRANTED; and it is further ORDERED

(2) That plaintiffs' motions for summary judgment, motion for preliminary injunction and motion to supplement the record are DENIED and the Maryland Office of



People's Counsel is DISMISSED AS A PARTY TO THIS ACTION; and it is further ORDERED

(3) That the United States' motion to strike is DENIED; and it is further ORDERED

(4) That the United States' motion to seal is GRANTED BY SEPARATE ORDER; and it is further ORDERED, ADJUDGED AND DECREED

(5) That THE SECRETARY OF THE ARMY'S IMPLEMENTATION OF THE PRIVATIZATION INITIATIVE THROUGH THE SOLICITATION WHICH IS THE SUBJECT OF THESE PROCEEDINGS IS IN ACCORDANCE WITH LAW; and it is further ORDERED

(6) That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order and the foregoing Memorandum to counsel of record.

_____
ANDRE M. DAVIS
United States District Judge