UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| BALTIMORE GAS AND ELECTRIC COMPANY, )<br>                        Plaintiff,  )<br>and                                   )<br>MARYLAND PUBLIC SERVICE COMMISSION, )<br>and                                   )<br>MARYLAND OFFICE OF PEOPLE'S COUNSEL, )<br>                    Plaintiff-Intervenors, )<br>                v.                    )<br>THE UNITED STATES, *et al.*, )<br>                       Defendants,  )<br>and                                   )<br>ENRON FEDERAL SOLUTIONS, INC., )<br>                  Defendant-Intervenor. ) | Civil No. AMD 00-2599 |

**ORDER EXTENDING TIME FOR APPEAL**

     Plaintiff Baltimore Gas and Electric Company submitted a motion for extension of time for appeal. Having considered the related submissions and arguments of the parties, the Court hereby finds that there is good cause for the requested time extension. Therefore, it is hereby:

     ORDERED that Plaintiff's Motion for Extension of Time for Appeal is GRANTED; and it is further

     ORDERED that the time for appeal of the Court's March 12, 2001 Order and Judgement is extended 30 days after the prescribed time (to June 11, 2001) or 10 days after the date when an order is entered granting BGE's motion, whichever is later.

May 4, 2001

                                                              United Stated District Judge

